**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **SUGARTOWN UNITED PENTECOSTAL CHURCH INC** | **CASE NO. 2:21-CV-01672** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

**EXHIBIT LIST**
**Jury Trial 8/8/22**

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Church Mutual Claim Notes, Bates No. CMIC Init. Disc. 003 to 0013. | 08/08/2022 |
| 2 | Policy No. 0138652-02-081390 issued by Church Mutual. | 08/08/2022 |
| 3 | September 17, 2020 letter from Church Mutual to Sugartown United Pentecostal Church, Bates No. CMIC Init. Disc. 0014 to 0015. | 08/08/2022 |
| 4 | Engle Martin Report dated September 25, 2020, Bates No. CMIC Init. Disc. 0016 to 0024. | 08/08/2022 |
| 5 | Engle Martin photographs, Bates No. CMIC Init. Disc. 0025 to 0053. | 08/08/2022 |
| 6 | Engle Martin estimate, Bates No. CMIC Init. Disc. 0054 to 0063. | 08/08/2022 |
| 7 | Engle Martin Report dated October 22, 2020, Bates No. CMIC Init. Disc. 0064 to 0067. | 08/08/2022 |
| 8 | Church Mutual payment letter dated November 16, 2020, Bates No. CMIC Init. Disc. 0072 to 0073. | 08/08/2022 |
| 9-a | Madsen, Kneppers & Associates (MKA) Aerial Photograph | 08/08/2022 |
| 9-b | MKA Photographs | 08/08/2022 |
| 9-c | MKA CompuWeather Hurricane Laura Data | 08/08/2022 |
| 9-d | MKA Repair Cost Estimate | 08/08/2022 |
| 11 | Photograph attachments to MKA's May 25, 2022 Report | 08/08/2022 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**SUGARTOWN UNITED PENTECOSTAL CHURCH INC** — **CASE NO. 2:21-CV-01672**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**CHURCH MUTUAL INSURANCE CO** — **MAGISTRATE JUDGE KAY**

**CONTINUATION OF EXHIBIT LIST**
**Jury Trial 8/8/22**

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 16 | Photographs of interior of building from January 15, 2020, Bates No. CMIC Init. Disc. Exhibit C 0014and 0015. | 08/08/2022 |
| 17 | General Survey from January 15, 2020 Bates No. CMIC Init. Disc. Exhibit C 005 to 0010. | 08/08/2022 |
| 10 | August 5, 2021 letter from Church Mutual to Plaintiff, Bates No. CMIC Init. Disc. 00623 to 00632. | 08/09/2022 |
| 12 | CV of Guy Gonzalez, expert engineer, produced with Church Mutual's Expert Disclosures. | 08/09/2022 |
| 13 | CV of Patrick J. Fecke, expert engineer, produced with Church Mutual's Expert Disclosures. | 08/09/2022 |
| 14 | Attachment - Sources- to the Report of Louis G. Fey, Jr. dated June 6, 2022 | 08/09/2022 |
| 15 | CV of Louis G. Fey, Jr., expert in claims handling, produced with Church Mutual's Expert Disclosures. | 08/09/2022 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |